UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Jeffrey Piecka,

    Defendant.
_____/

Case: 2:21-cr-20499
Judge: Goldsmith, Mark A.
MJ: Grand, David R.
Filed: 08-02-2021 At 11:05 AM
INFO USA VS PIECKA (DP)

Violations: 18 U.S.C. § 641
               18 U.S.C. § 1028A

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

Beginning in or around May 2012 and continuing through June 2020, in the Eastern District of Michigan, Defendant Jeffrey Piecka willfully and knowingly stole, purloined, and converted to his own use money of the Social Security Administration, a department or agency of the United States, that is: Social Security Act, Title II, Retirement Insurance Benefits having a value greater than $1,000.00; all in violation of Title 18, United States Code, Section 641.

## COUNT TWO
### 18 U.S.C. § 1028A – Aggravated Identity Theft

On or about February 3, 2017, in the Eastern District of Michigan, Defendant Jeffrey Piecka, knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is: Theft of Government Funds, in violation of 18 U.S.C § 641, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

SAIMA S. MOHSIN
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

Dated:  August 2, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Jeffrey Piecka

**County where offense occurred:** Tuscola

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ ✓ Information --- based upon prior complaint [Case number: 21-mj-30213 ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 2, 2021
Date

/s/ Corinne M. Lambert
Corinne M. Lambert
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9129
Fax:   (313) 226-2873
E-Mail address: Corinne.Lambert@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5 / 16